# EXHIBIT 1

Law Offices Of

# ANDREW L. PACKARD

245 Kentucky Street, Suite B3, Petaluma, CA 94952
Phone (707) 782-4060   Fax (707) 782-4062
Info@PackardLawOffices.com

September 14, 2023

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

| | |
|---|---|
| William Oortgiesen, Plant Manager and | Jeff Crumrine |
| Legally Responsible Person | INEOS Composites US, LLC |
| INEOS Composites | 5220 Blazer Parkway |
| 6608 E. 26th Street | Dublin, OH 43017 |
| Commerce, CA 90040 | |

C T Corporation System
ATTN: Amanda Garcia
Agent for Service of Process, INEOS
Composites US, LLC
330 N. Brand Blvd.
Glendale, CA 91203

**Re:**   **NOTICE OF VIOLATIONS AND INTENT TO FILE SUIT UNDER THE
FEDERAL WATER POLLUTION CONTROL ACT ("CLEAN WATER ACT")
(33 U.S.C. §§ 1251 *et seq.*)**

Dear William Oortgiesen, Jeff Crumrine, and Amanda Garcia:

This firm represents Los Angeles Waterkeeper ("LA Waterkeeper") in regard to violations of the Clean Water Act (also referred to herein as the "Act") occurring at INEOS Composites US, LLC's facility located at 6608 E. 26th Street, in Commerce, California 90040 ("Facility"). This letter is being sent to you as the responsible owners and/or operators of the enterprise, and as the registered agent for these entities. Unless otherwise noted, INEOS Composites US, LLC, INEOS Composites, William Oortgiesen, Jeff Crumrine, and Amanda Garcia shall hereinafter be collectively referred to as "INEOS." The purpose of this letter is to provide INEOS with notice of the violations of the Industrial General Permit occurring at the Facility, including, but not limited to, noncompliant discharges of polluted storm water associated with industrial activities from the Facility into local surface waters.

INEOS is in ongoing violation of the substantive and procedural requirements of the Clean Water Act, 33 U.S.C. § 1251 *et seq.*, and National Pollutant Discharge Elimination System ("NPDES") General Permit No. CAS000001, State Water Resources Control Board Water Quality Order No. 14-57-DWQ as amended by Order 2015-0122-DWQ & Order 2018-0028-DWQ incorporating: 1) Federal Sufficiently Sensitive Test Method Ruling; 2) Total Maximum Daily Load ("TMDL") Implementation Requirements; and 3) Statewide Compliance Options

Notice of Violation and Intent to File Suit
September 14, 2023
Page 2

Incentivizing On-Site or Regional Storm Water Capture and Use (collectively "General Permit" or "Permit").[1]

Pursuant to Section 309(d) of the Act (33 U.S.C. § 1319(d)) and the Adjustment of Civil Monetary Penalties for Inflation, 40 C.F.R. § 19.4, each separate violation of the Act subjects INEOS to a penalty for all violations occurring during the period commencing five years prior to the date of the Notice Letter. These provisions of law authorize civil penalties of up to $64,618 per day per violation for all Clean Water Act violations occurring after November 2, 2015, where penalties are assessed on or after January 6, 2023.

In addition to civil penalties, LA Waterkeeper will seek injunctive relief preventing further violations of the Act pursuant to Sections 505(a) and (d) (33 U.S.C. §1365(a) and (d)) and such other relief as permitted by law. Lastly, Section 505(d) of the Act (33 U.S.C. § 1365(d)) permits prevailing parties to recover costs and fees, including attorneys' fees.

The Clean Water Act requires that sixty (60) days prior to the initiation of a citizen-enforcement action under Section 505(a) of the Act (33 U.S.C. § 1365(a)), a citizen enforcer must give notice of its intent to file suit. Notice must be given to the alleged violator, the U.S. Environmental Protection Agency, and the Chief Administrative Officer of the water pollution control agency for the State in which the violations occur. *See* 40 C.F.R. § 135.2. As required by the Act, this letter provides statutory notice of the violations that have occurred, and continue to occur, at the Facility. 40 C.F.R. § 135.3(a). At the expiration of sixty (60) days from the date of this letter, LA Waterkeeper intends to file suit under Section 505(a) of the Act in federal court against INEOS for violations of the Clean Water Act and the Permit.

## I.    Background.

### A.    Los Angeles Waterkeeper

LA Waterkeeper is a 501(c)(3) public benefit corporation organized under the laws of California with its main office located in Los Angeles, California. LA Waterkeeper was founded in 1993, and its members live, work, and recreate in and around the Los Angeles area. LA Waterkeeper is dedicated to the preservation, protection, and defense of the inland and coastal waters of Los Angeles County including the Los Angeles River. To further its mission, LA Waterkeeper actively seeks federal and state implementation of the Clean Water Act. Where necessary, LA Waterkeeper directly initiates enforcement actions on behalf of itself and its members.

Members of LA Waterkeeper own homes and reside in Los Angeles County, and use and enjoy the Los Angeles River and the bordering parks, pathways, golf courses and athletic fields.

---

[1] INEOS most recently submitted a Notice of Intent ("NOI") to comply with the General Permit for the Facility on or about September 18, 2019. The Facility is assigned the Waste Discharge Identification ("WDID") Number 4 19I028350.

Notice of Violation and Intent to File Suit
September 14, 2023
Page 3

As explained in detail below, INEOS discharges pollutants into the Los Angeles River, in violation of the Clean Water Act and the General Permit.  LA Waterkeeper members also use and enjoy the Los Angeles River to bike, boat, kayak, bird watch, ride horses, view wildlife, hike, walk, and run.  Additionally, LA Waterkeeper members use the Los Angeles River to engage in scientific study through pollution and habitat monitoring and restoration activities.  The unlawful discharge of pollutants from the Facility into the Los Angeles River impairs LA Waterkeeper members' use and enjoyment of these waters.  The unlawful discharge of pollutants from the Facility requires LA Waterkeeper to expend its limited resources to study and combat pollution from the Facility.  Thus, the interests of LA Waterkeeper and its members have been, are being, and will continue to be adversely affected by INEOS's failure to comply with the Clean Water Act and the General Permit.

## B.    The Clean Water Act.

Congress enacted the CWA in 1972 in order to "restore and maintain the chemical, physical, and biological integrity of the Nation's waters."  33 U.S.C. § 1251.  The Act prohibits the discharge of pollutants into United States waters except as authorized by the statute.  33 U.S.C. § 1311; *San Francisco Bay Keeper, Inc. v. Tosco Corp*., 309 F.3d 1153, 1156 (9th Cir. 2002).  The Act is administered largely through the NPDES permit program.  33 U.S.C. § 1342.  In 1987, the Act was amended to establish a framework for regulating storm water discharges through the NPDES system.  Water Quality Act of 1987, Pub. L. 100-4, § 405, 101 Stat. 7, 69 (1987) (codified at 33 U.S.C. § 1342(p)); *see also Envtl. Def. Ctr., Inc. v. EPA*, 344 F.3d 832, 840-41 (9th Cir. 2003) (describing the problem of storm water runoff and summarizing the Clean Water Act's permitting scheme).  The discharge of pollutants not specifically allowed by a NPDES permit is illegal.  *Ecological Rights Found. v. Pacific Lumber Co*., 230 F.3d 1141, 1145 (9th Cir. 2000).

Much of the responsibility for administering the NPDES permitting system has been delegated to the states.  *See* 33 U.S.C. § 1342(b); *see also* Cal. Water Code § 13370 (expressing California's intent to implement its own NPDES permit program).  The CWA authorizes states with approved NPDES permit programs to regulate industrial storm water discharges through individual permits issued to dischargers and/or through the issuance of a single, statewide general permit applicable to all industrial storm water dischargers.  33 U.S.C. § 1342(b).  Pursuant to Section 402 of the Act, the Administrator of the EPA has authorized California's State Board to issue individual and general NPDES permits in California.  33 U.S.C. § 1342.

## C.    California's General Permit for Storm Water Discharges Associated with Industrial Activities

Facilities discharging, or having the potential to discharge, storm water associated with industrial activities that have not obtained an individual NPDES permit must apply for coverage under the General Permit by filing a Notice of Intent to Comply ("NOI").  General Permit, Standard Condition XXI.A.  These facilities must file their NOIs before the initiation of industrial operations.  *Id.*

Facilities must strictly comply with all of the terms and conditions of the General Permit.  A violation of the General Permit is a violation of the CWA.  The General Permit contains three primary and interrelated categories of requirements: (1) discharge prohibitions, receiving water limitations and effluent limitations; (2) Storm Water Pollution Prevention Plan ("SWPPP")

Notice of Violation and Intent to File Suit
September 14, 2023
Page 4

requirements; and (3) self-monitoring and reporting requirements.

Beginning under the General Permit Facilities must submit Exceedance Response Action Plans ("ERA Report") to the State Board outlining effective plans to reduce pollutants if a Facility reports a pollutant above the Numeric Action Level ("NAL"). An annual NAL exceedance occurs when the average of all the analytical results for a parameter from samples taken within a reporting year exceeds the annual NAL value for that parameter. General Permit Section XII.A. An instantaneous maximum NAL exceedance occurs when two (2) or more analytical results from samples taken for any single parameter within a reporting year exceed the instantaneous maximum NAL value or are outside of the instantaneous maximum NAL range for pH. *Id.*

The General Permit contains requirements that are specific to the Total Maximum Daily Load ("TMDL") for watersheds and water bodies with U.S. EPA-approved and U.S. EPA-established TMDLs for Dischargers covered by the General Permit. TMDLs relate to the maximum amount of a pollutant that a water body can receive and still attain water quality standards. Dischargers located within a watershed for which a TMDL has been approved by U.S. EPA shall comply with any applicable TMDL-specific permit requirements that are set forth in Attachment E to the General Permit. General Permit, V.C. Dischargers shall compare all sampling and analytical results from each distinct sample to the corresponding instantaneous Numeric Effluent Limitations ("NEL") values in the TMDL Compliance Table E-2. *Id.*, Attachment C at 5. An exceedance of an NEL occurs when two or more analytical results from samples taken for any single parameter within a reporting year exceeds the instantaneous maximum NEL value. *Id.* An exceedance of an NEL is a violation of the General Permit. *Id.*

### D.    INEOS's Commerce Facility

INEOS's Facility is located at 6608 E. 26th Street in Commerce, California, 90040. According to its SWPPP, last updated March 31, 2022, the Facility's primary industrial purpose is manufacturing a broad range of unsaturated polyester and vinyl ester resins for the plastics industry. The SWPPP also states that the Facility operates 24 hours per day, seven days a week.

Information available to LA Waterkeeper indicates that INEOS conducts industrial activities both indoors and outdoors at the approximately 5.61-acre Facility. Industrial activities at the Facility include, but are not limited to: the manufacture of unsaturated polyester and vinyl ester resins, loading and unloading of materials by railcar, truck and tank wagon, outdoor storage of materials and products, storage and handling of solid wastes, outdoor liquid container storage, outdoor storage of raw materials, building and grounds maintenance, and vehicle and equipment fueling, maintenance, and cleaning.

According to the Facility's NOI, INEOS operates under Standard Industrial Classification ("SIC") Code 2821 ("Plastics Material and Synthetic Resins, and Nonvulcanizable Elastomers"). Under the General Permit, INEOS is required to analyze its samples of storm water for total suspended solids ("TSS"), oil and grease ("O&G"), and pH. Facilities operating under SIC Code 2821 must also sample and analyze for zinc. General Permit, Section XI.B.6.d. Facilities must also sample and analyze for additional parameters identified on a facility-specific basis for parameters identified in a pollutant source assessment, for parameters related to receiving water impairments, or as required by the Regional Board. General Permit, Section XI.B.6. Pursuant to the Clean Water Act Section 303(d) list of impaired waterbodies, Los Angeles River Reach 2 is

Notice of Violation and Intent to File Suit
September 14, 2023
Page 5

listed for the following water quality impairments: copper, lead, ammonia, indicator bacteria, algae, trash, and oil.[2]  Downstream of Reach 2 (Reach 1) of the Los Angeles River is also impaired for copper, lead, ammonia, indicator bacteria, algae, and trash, as well as zinc, cadmium, pH, and cyanide.  The following impairments exist within the HUC10 watershed: ammonia, cyanide, diazinon, dissolved oxygen, E. coli and enterococcus, copper, dissolved copper, zinc, lead, cadmium, nitrates and nitrites, oil and pH.

According to its SWPPP, INEOS collects and discharges storm water associated with industrial activities at the Facility through at least two (2) discharge points – Outfalls 001 and 002.  The SWPPP suggests that there are two drainage areas – the Western Drainage Area, and the Eastern Drainage Area - separated by the railroad track that extends from the southwest toward the north end of the Facility.  The Western Drainage Area collects flows to Outfall 001, directing them through a three-stage interceptor pit and ultimately offsite through a municipal storm sewer drain.  According to LA Waterkeeper's observations, some storm water appears to flow out from the Northern perimeter of the Eastern Drainage Area, along E. 26th Street, leave the Facility from one or more discharge points along that perimeter, flow west along E. 26th Street and return to the Facility near Outfall 001.  The Eastern Drainage Area drains to Outfall 002, where it flows to an unpaved strip of land along the rail spur and a sewer drain located approximately 700 feet southwest of the Facility along Bandini Boulevard.  LA Waterkeeper is informed and believes that the Facility discharges storm water from other border areas at the Facility that are not accounted for in the SWPPP, such as the storm water that appeared to flow from the northern perimeter of the Eastern Drainage Area, as discussed above.

The areas of industrial activities are sources of pollutants at the Facility.  From these drainage areas, the Facility discharges to municipal storm drains that discharge to the Los Angeles River, and ultimately to the Pacific Ocean ("Impacted Waters").  The Impacted Waters are waters of the United States within the meaning of the Clean Water Act.

## II.    INEOS's Violations of the Act and Permit.

On July 1, 2020, the amendment to the General Permit by Order No. 2015-0122-DWQ became enforceable and updated pollutant-discharge standards including Total TMDL Implementation Requirements and Statewide Compliance Options Incentivizing On-Site or Regional Storm Water Capture and Use.  General Permit Attachment E.  Any exceedances of a Numeric Effluent Limitation ("NEL") following July 1, 2020 is a per se violation of the General Permit and Clean Water Act.  For this Facility, the applicable NEL includes zinc (0.159 mg/l).  In recent reporting years, and also following the implementation of the NEL for the Los Angeles River, INEOS violated this standard, and LA Waterkeeper alleges that INEOS will continue to exceed the NEL in the future.

Based on its review of available public documents, LA Waterkeeper is informed and believes that INEOS, through its operation of the Facility, is in ongoing violation of both the substantive and procedural requirements of the CWA and the General Permit.  These violations

---

[2] Additional impairments relevant to this Facility are proposed in the 2024 Draft 303(d) list, including, but not limited to: for the Los Angeles River, Reach 2 adding zinc; and, for the Los Angeles River Estuary downstream of Reach 1 adding zinc.

Notice of Violation and Intent to File Suit
September 14, 2023
Page 6

are ongoing and continuous.  Consistent with the five-year statute of limitations applicable to
citizen enforcement actions brought pursuant to the federal Clean Water Act, INEOS is subject
to penalties for violations of the Act since September 14, 2018.

> **A.    INEOS Discharges Storm Water Containing Pollutants in Violation of the
> General Permit's Discharge Prohibitions, Receiving Water Limitations and
> Effluent Limitations.**

INEOS's storm water sampling results provide conclusive evidence of INEOS's failure to
comply with the General Permit's discharge prohibitions, receiving water limitations and effluent
limitations at its Facility.  Self-monitoring reports under the Permit are deemed "conclusive
evidence of an exceedance of a permit limitation."  *Sierra Club v. Union Oil*, 813 F.2d 1480,
1493 (9th Cir. 1987).

> **1.    Applicable Water Quality Standards.**

The General Permit requires that storm water discharges and authorized non-storm water
discharges shall not cause or threaten to cause pollution, contamination, or nuisance.  General
Permit, Discharge Prohibition III.C.  The General Permit also prohibits discharges that violate
any discharge prohibition contained in the applicable Regional Water Board's Basin Plan or
statewide water quality control plans and policies.  General Permit, Discharge Prohibition III.D.
Furthermore, storm water discharges and authorized non-storm water discharges shall not
adversely impact human health or the environment, and shall not cause or contribute to a
violation of any water quality standards in any affected receiving water.  General Permit,
Receiving Water Limitations VI.A, VI.B.

Dischargers are also required to prepare and submit documentation to the Regional Board
upon determination that storm water discharges are in violation of the General Permit's
Receiving Water Limitations.  General Permit, Special Condition XX.B.  The documentation
must describe changes the discharger will make to its current storm water best management
practices ("BMPs") in order to prevent or reduce any pollutant in its storm water discharges that
is causing or contributing to an exceedance of water quality standards.  *Id*.

The California Toxics Rule ("CTR") is an applicable water quality standard under the
Permit, the violation of which is a violation of Permit conditions.  *Cal. Sportfishing Prot.
Alliance v. Chico Scrap Metal, Inc.*, 2015 U.S. Dist. LEXIS 108314, *21 (E.D. Cal. 2015).  CTR
establishes numeric receiving water limits for toxics pollutants in California surface waters.  40
C.F.R. § 131.38.  The CTR establishes a numeric limit for one of the pollutants discharged by
INEOS: zinc – 0.12 mg/L (maximum concentration).

The Water Quality Control Plan for the Los Angeles Region ("Basin Plan") sets forth
water quality standards and prohibitions applicable to INEOS's storm water discharges from its
Facility.  The Basin Plan includes a narrative toxicity standard which states that "(a)ll waters
shall be maintained free of toxic substances in concentrations that produce detrimental
physiological responses in human, plant, animal, or aquatic life."  The Basin Plan's Water
Quality Standards require narrower pH range of 6.5 – 8.5 pH units for inland surface waters such
as the Los Angeles River.

Notice of Violation and Intent to File Suit
September 14, 2023
Page 7

## 2.      Applicable Effluent Limitations.

Dischargers are required to reduce or prevent pollutants in their storm water discharges through implementation of best available technology economically achievable ("BAT") for toxic and nonconventional pollutants and best conventional pollutant control technology ("BCT") for conventional pollutants.  General Permit, Effluent Limitation V.A.  Conventional pollutants include Total Suspended Solids, Oil & Grease, pH, Biochemical Oxygen Demand and Fecal Coliform.  40 C.F.R. § 401.16.  All other pollutants are either toxic or nonconventional.  40 C.F.R. §§ 401.15-16.

Under the General Permit, benchmark levels established by the EPA ("EPA benchmarks") and Numeric Action Levels ("NAL") serve as guidelines for determining whether a facility discharging industrial storm water has implemented the requisite BAT and BCT.  *Santa Monica Baykeeper v. Kramer Metals,* 619 F. Supp. 2d 914, 920, 923 (C.D. Cal 2009); General Permit, Exceedance Response Action XII.A.

The following EPA benchmarks have been established for pollutants discharged by INEOS: total suspended solids – 100 mg/L; pH – 6.0-9.0 s.u.; zinc – 0.12 mg/L; and phosphorus – 2.0 mg/L.  The following Annual NALs have been established for pollutants discharged by INEOS: total suspended solids – 100 mg/L; oil & grease – 15.0 mg/L; pH – 6.0-9.0 s.u.; zinc – 0.26 mg/L; and, phosphorus – 2.0 mg/L.

The General Permit also requires a permittee whose discharges violate the General Permit's Receiving Water Limitations or water quality standards, such as, NALs, TMDLs, TNALs, and NELs to implement additional BMPs or other control measures that are tailored to that facility in order to attain compliance with the receiving water limitation.  A discharger that is notified by a Regional Board or who determines the discharge is causing or contributing to an exceedance of a water quality standard must comply with the Water Quality Based Corrective Action in Section XX.B of the General Permit and report to the Regional Board regarding the same.  General Permit, Section XX.B.  As noted above, the NELs established numeric limits for at least one of the pollutants discharged by INEOS: zinc – 0.159 mg/L.

## 3.      INEOS's Storm Water Sample Results

As detailed above, INEOS's SWPPP describes two discharge points and two sampling locations.  Storm water discharged from the Facility flows into the municipal separate storm sewer system to the Impacted Waters.

Except as provided in Section XI.C.4 of the General Permit, samples shall be collected from each drainage area at all discharge locations.  The samples must be: a) representative of storm water associated with industrial activities and any commingled authorized non-storm water discharges; or, b) associated with the discharge of contained storm water.  At this time, LA Waterkeeper is unable to determine if storm water from the two sampling points at the Facility is representative of industrial storm water at the Facility.

Notice of Violation and Intent to File Suit
September 14, 2023
Page 8

The following discharges of pollutants from the Facility have violated the discharge prohibitions, receiving water limitations and effluent limitations of the Permit:

### a.  Discharge of Storm Water Containing Zinc at Concentrations in Excess of Applicable Water Quality Standards

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | Numeric Effluent Limitation (mg/L) | CTR & EPA Benchmark (mg/L) | NAL (mg/L) |
|---|---|---|---|---|---|---|
| 11/20/2019 | Outfall 001 | Zn | 1.96 | 0.159 | 0.12 | 0.26 |
| 11/20/2019 | Outfall 002 | Zn | 1.04 | 0.159 | 0.12 | 0.26 |
| 11/27/2019 | Outfall 001 | Zn | 1.85 | 0.159 | 0.12 | 0.26 |
| 11/28/2019 | Outfall 002 | Zn | 0.228 | 0.159 | 0.12 | 0.26 |
| 12/4/2019 | Outfall 001 | Zn | 0.442 | 0.159 | 0.12 | 0.26 |
| 12/4/2019 | Outfall 002 | Zn | 0.219 | 0.159 | 0.12 | 0.26 |
| 12/23/2019 | Outfall 001 | Zn | 0.462 | 0.159 | 0.12 | 0.26 |
| 12/23/2019 | Outfall 002 | Zn | 0.145 | 0.159 | 0.12 | 0.26 |
| 1/17/2020 | Outfall 001 | Zn | 0.455 | 0.159 | 0.12 | 0.26 |
| 1/17/2020 | Outfall 002 | Zn | 0.243 | 0.159 | 0.12 | 0.26 |
| 3/11/2020 | Outfall 001 | Zn | 0.245 | 0.159 | 0.12 | 0.26 |
| 3/12/2020 | Outfall 002 | Zn | 0.317 | 0.159 | 0.12 | 0.26 |
| 4/6/2020 | Outfall 001 | Zn | 0.949 | 0.159 | 0.12 | 0.26 |
| 4/6/2020 | Outfall 002 | Zn | 0.604 | 0.159 | 0.12 | 0.26 |
| 5/18/2020 | Outfall 001 | Zn | 1.54 | 0.159 | 0.12 | 0.26 |
| 1/23/2021 | Outfall 001 | Zn | 0.984 | 0.159 | 0.12 | 0.26 |
| 1/23/2021 | Outfall 002 | Zn | 0.194 | 0.159 | 0.12 | 0.26 |
| 1/28/2021 | Outfall 002 | Zn | 0.287 | 0.159 | 0.12 | 0.26 |
| 1/28/2021 | Outfall 001 | Zn | 0.237 | 0.159 | 0.12 | 0.26 |
| 10/25/2021 | Outfall 001 | Zn | 0.63 | 0.159 | 0.12 | 0.26 |
| 10/25/2021 | Outfall 002 | Zn | 0.57 | 0.159 | 0.12 | 0.26 |
| 12/14/2021 | Outfall 002 | Zn | 0.55 | 0.159 | 0.12 | 0.26 |
| 12/14/2021 | Outfall 001 | Zn | 0.54 | 0.159 | 0.12 | 0.26 |
| 3/29/2022 | Outfall 002 | Zn | 1.1 | 0.159 | 0.12 | 0.26 |
| 3/29/2022 | Outfall 001 | Zn | 0.68 | 0.159 | 0.12 | 0.26 |
| 11/8/2022 | Outfall 002 | Zn | 0.368 | 0.159 | 0.12 | 0.26 |
| 11/8/2022 | Outfall 001 | Zn | 0.342 | 0.159 | 0.12 | 0.26 |
| 12/11/2022 | Outfall 002 | Zn | 0.565 | 0.159 | 0.12 | 0.26 |
| 12/11/2022 | Outfall 001 | Zn | 0.199 | 0.159 | 0.12 | 0.26 |
| 1/5/2023 | Outfall 001 | Zn | 0.4 | 0.159 | 0.12 | 0.26 |
| 1/5/2023 | Outfall 002 | Zn | 0.159 | 0.159 | 0.12 | 0.26 |

Notice of Violation and Intent to File Suit
September 14, 2023
Page 9

| Date | Discharge Point | Parameter | Concentration in Discharge (mg/L) | Numeric Effluent Limitation (mg/L) | CTR & EPA Benchmark (mg/L) | NAL (mg/L) |
|---|---|---|---|---|---|---|
| 1/10/2023 | Outfall 001 | Zn | 0.43 | 0.159 | 0.12 | 0.26 |

**b. Discharge of Storm Water Containing pH Violating Applicable Water Quality Standards**

| Date | Discharge Point | Parameter | pH of Discharge (s.u.) | NAL & EPA Benchmark (s.u.) | Basin Plan (s.u.) |
|---|---|---|---|---|---|
| 12/4/2019 | Outfall 001 | pH | 8.7 | 6.0 – 9.0 | 6.5 – 8.5 |
| 12/28/2020 | Outfall 001 | pH | 9.8 | 6.0 – 9.0 | 6.5 – 8.5 |
| 1/23/2021 | Outfall 001 | pH | 8.9 | 6.0 – 9.0 | 6.5 – 8.5 |
| 1/23/2021 | Outfall 002 | pH | 8.7 | 6.0 – 9.0 | 6.5 – 8.5 |
| 1/28/2021 | Outfall 002 | pH | 9.3 | 6.0 – 9.0 | 6.5 – 8.5 |
| 1/28/2021 | Outfall 001 | pH | 8.93 | 6.0 – 9.0 | 6.5 – 8.5 |
| 3/29/2022 | Outfall 002 | pH | 6 | 6.0 – 9.0 | 6.5 – 8.5 |
| 1/5/2023 | Outfall 002 | pH | 6.2 | 6.0 – 9.0 | 6.5 – 8.5 |

**c. INEOS's Sample Results Are Evidence of Violations of the General Permit**

INEOS's sample results demonstrate violations of the Permit's discharge prohibitions, receiving water limitations and effluent limitations set forth above.  LA Waterkeeper is informed and believes that INEOS has known that its storm water contains pollutants at levels exceeding General Permit standards since at least September 14, 2018, including at least 32 exceedances of water quality standards for zinc (all but two of which are above the NEL); and 8 exceedances of water quality standards for pH (two of which are instantaneous NAL exceedances).

LA Waterkeeper alleges that such violations occur each time storm water discharges from the Facility.  **Attachment A** hereto, sets forth the specific rain dates on which LA Waterkeeper alleges that INEOS has discharged storm water containing impermissible levels of zinc and pH in violation of the General Permit.  General Permit, Discharge Prohibitions III.C and III.D, Receiving Water Limitations VI.A, VI.B.

**4.    INEOS Has Failed to Implement BAT and BCT**

Dischargers must implement BMPs that fulfill the BAT/BCT requirements of the CWA and the General Permit to reduce or prevent discharges of pollutants in their storm water discharges.  General Permit, Effluent Limitation V.A.  To meet the BAT/BCT standard, dischargers must implement minimum BMPs and any advanced BMPs set forth in the General Permit's SWPPP Requirements provisions where necessary to reduce or prevent pollutants in discharges.  *See* General Permit, Sections V, X.H.1-2.

Notice of Violation and Intent to File Suit
September 14, 2023
Page 10

     INEOS has failed to implement and maintain the minimum BMPs required by the General Permit as evidenced by the exceedances identified above.  Specifically, INEOS has failed to comply with the following: good housekeeping requirements, preventive maintenance requirements; spill and leak prevention and response requirements; material handling and waste management requirements; erosion and sediment controls; employee training and quality assurance; and record keeping.  Permit, Section X.H.1(a-g).

     INEOS has further failed to implement advanced BMPs necessary to reduce or prevent discharges of pollutants in its storm water sufficient to meet the BAT/BCT standards, including: exposure minimization BMPs; containment and discharge reduction BMPs; treatment control BMPs; or other advanced BMPs necessary to comply with the General Permit's effluent limitations.  General Permit, Sections X.H.2.  INEOS's own storm water sampling results are further evidence of its failure to implement BMPs that meet the BAT/BCT standards.  In reporting years identified below, INEOS has exceeded the annual, or instantaneous where applicable, NAL for zinc and pH:

| Reporting Year | Pollutant | Average Pollutant Concentration | Numeric Action Level (Annual) |
|---|---|---|---|
| 2019-2020 | Zinc | 0.713 mg/L | 0.26 mg/L |
| 2020-2021 | Zinc | 0.426 mg/L | 0.26 mg/L |
| 2020-2021 | pH | (Instantaneous NAL Exceeded Twice) | (Instantaneous NAL 6.0-9.0 s.u.) |
| 2021-2022 | Zinc | 0.678 mg/L | 0.26 mg/L |
| 2022-2023 | Zinc | 0.323 mg/L | 0.26 mg/L |

     In response to NEL exceedances reported in the 2020-2021 reporting year, INEOS prepared a Water Quality Based Corrective Action Report ("CAR").  The CAR purports to evaluate the sources of zinc at the Facility and to evaluate whether the BMPs described in the Facility's SWPPP have been effective at reducing or preventing zinc pollution.  The CAR further purports to assess the Facility's SWPPP and its implementation to determine whether additional BMPs or SWPPP implementation measures are necessary to reduce or prevent zinc in the Facility's discharges from exceeding the General Permit's NELs.

     The CAR identifies corrective actions to address the NEL exceedances.  Specifically, the CAR identifies the following additional BMPs that were implemented at the Facility during the 2021-2022 reporting year:

- Store and maintain outdoor equipment and material under cover to minimize exposure to storm water;
- Implement additional pre-rain inspections of the outdoor equipment area and loading/unloading areas;
- Conduct facility-wide vacuum and hand sweeping and area specific sweeping prior to a rain event;
- Use a high-efficient vacuum sweeper to control runoff to remove fine sediments, dust,

Notice of Violation and Intent to File Suit
September 14, 2023
Page 11

and debris;

- Installed downspout source control treatment units (two) in April 2022, to prevent storm water contact with industrial activities and materials;
- Prior to the 2022-2023 rainy season, purchased Biochar heavy metal and zinc removal filter inserts and socks will be deployed and installed at strategic locations in drainage areas Outfall 001 and Outfall 002, along with monitoring, assessing, and the filter socks will be maintained and replaced with clean filter socks according to the manufacturer's instructions; and,
- Additional employee training, preventative maintenance, BMP implementation, and MIP training.

Despite these BMPs, INEOS has failed to implement BAT/BCT at the Facility because the Facility continues to discharge storm water containing pollutants in concentrations that exceed NELs. INEOS recorded at least six NEL exceedances after the BMPs identified above were fully implemented.

On June 30, 2023, INEOS prepared an Implementation Report in Response to Time Schedule Order No. R4-2-21-0013. The Implementation Report identifies the following additional BMPs that will be implemented on a timeline described as "ongoing at INEOS and will be continued during the next reporting period [2023-2024]":

- Will add one additional downspout treatment system, installed at the southwest corner downspout location at Building #8 identified with elevated zinc levels at Building #8 rooftop areas, for treatment at Outfalls 001 and 002;
- Will add a new small or mid-size advanced regenerative sweeper to enhance the sweeping efficacy. The new small or mid-size advanced regenerative sweeper will be more flexible to use and can target narrow areas, trenches, tracks, and surface cracks to remove zinc-containing fine dust and particulates, for improvement to Outfall 001 and 002's drainage areas.
- Installing biochar filter socks multi-barriers at Outfalls 001 and 002 and strategic locations, prior to forecasted rain events with 50% or greater chance of precipitation over 0.1 inches;
- Will add a storm water catch basin insert treatment unit, or a system similar to the ZBG advanced treatment system, at Outfall 001 for advanced filtering and adsorption.
- Will evaluate advanced passive media filtration products, in addition to biochar, but not limited to BiocharPEAT, activated carbon, or zeolite media, the selective media filtration systems with ion exchange capability and sorption capacity, to achieve a high zinc removal efficiency and a relatively long filter media life; and,
- Will minimize the exposure of zinc sources from galvanized materials by replacing galvanized fencing structure at the facility.

It is not clear from the Implementation Report whether these additional BMPs have been fully implemented, or whether they will be fully implemented before the beginning of the 2023-2024

Notice of Violation and Intent to File Suit
September 14, 2023
Page 12

wet weather season.  The Facility's SWPPP has not been updated since March 2022.

INEOS is a facility that handles Plastic Materials[3].  Facilities that handle Plastic Materials are referred to in the General Permit as "Plastics Facilities" and are subject to special conditions under General Permit Section XVIII.  Plastics Facilities that are covered under the General Permit that manufacture, transport, store, or consume Plastic Materials shall submit information to the State Water Board in their PRDs, including the type and form of plastics, and which BMPs are implemented at the facility to prevent illicit discharges.  *Id.*  Pursuant to Water Code section 13367, Plastics Facilities are subject to mandatory, minimum BMPs.  *Id.*  INEO has failed to submit the required information.  In addition, INEO has failed to develop and implement BAT and BCT at the Facility because it has failed to develop and implement the mandatory, minimum BMPs for Plastics Facilities set forth in Section XVIII.

Each day that INEOS has failed to develop and implement BAT and BCT at the Facility in violation of the General Permit is a separate and distinct violation of Section 301(a) of the Act, 33 U.S.C. § 1311(a).  INEOS has been in violation of the BAT and BCT requirements at its Facility every day since at least September 14, 2018.

## 5.    INEOS Has Failed to Comply with the Monitoring Requirements of the General Permit.

The General Permit requires dischargers to implement a Monitoring Implementation Plan.  General Permit, Section X.I.  As part of their monitoring plan, dischargers must identify all storm water discharge locations.  Permit, Section X.I.2.  Dischargers must then conduct monthly visual observations of each drainage area, as well as visual observations during discharge sampling events.  General Permit, Section XI.A.1 and 2.

Dischargers must collect and analyze storm water samples from two (2) storm events within the first half of each reporting year (July 1 to December 31) and two (2) storm events during the second half of each reporting year (January 1 to June 3).  General Permit, Section XI.B.  Section XI.B requires dischargers to sample and analyze during the wet season for basic parameters such as pH, total suspended solids ("TSS") and oil and grease ("O&G"), certain industry-specific parameters set forth in Table 2 of the General Permit, such as zinc for facilities under SIC Code 2821, and other pollutants likely to be in the storm water discharged from the facility based on the pollutant source assessment.  General Permit, Section XI.B.6.  Dischargers must submit all sampling and analytical results via SMARTS within thirty (30) days of obtaining all results for each sampling event.  General Permit, Section XI.B.11.

INEOS has failed to develop and implement an adequate Monitoring Implementation Plan for its Facility, and has thus violated the monitoring requirements of the General Permit.  INEOS has failed to collect the required number of samples for each reporting period.  For

---

[3] "Plastic Materials" are defined in the General Permit to include: virgin and recycled plastic resin pellets, powders, flakes, powdered additives, regrind, dust, and other similar types of preproduction plastics with the potential to discharge or migrate off-site.  General Permit Section XVIII.A.

Notice of Violation and Intent to File Suit
September 14, 2023
Page 13

example, INEOS failed to collect two samples in the first half of the 2020-2021 reporting year and in the second half of the 2021-2022 reporting year. INEOS failed to analyze the one sample it did collect in the first half of the 2020-2021 reporting year for zinc. INEOS has failed to analyze its storm water samples for pollutants associated with the plastics materials that it handles, stores, and ships. INEOS has also failed to monitor every discharge location of storm water associated with industrial activities at its Facility. Each day that INEOS has failed to develop and implement an adequate Monitoring Implementation Plan is a separate and distinct violation of the Act and Permit. INEOS has been in violation of the Monitoring requirements every day since at least September 14, 2018.

**6. INEOS Has Failed to Develop and Implement an Adequate Storm Water Pollution Prevention Plan.**

The General Permit requires dischargers to develop and implement a site-specific SWPPP. General Permit, Section X.A. The SWPPP must include, among other elements: (1) the facility name and contact information; (2) a site map; (3) a list of industrial materials; (4) a description of potential pollution sources; (5) an assessment of potential pollutant sources; (6) minimum BMPs; (7) advanced BMPs, if applicable; (8) a monitoring implementation plan; (9) annual comprehensive facility compliance evaluation; and, (10) the date that the SWPPP was initially prepared and the date of each SWPPP amendment, if applicable. *See id.*

Dischargers must revise their SWPPP whenever necessary and certify and submit via the Regional Board's Storm Water Multiple Application and Report Tracking System ("SMARTS") their SWPPP within 30 days whenever the SWPPP contains significant revisions(s); and, certify and submit via SMARTS for any non-significant revisions not more than once every three (3) months in the reporting year. General Permit, Section X.B.

LA Waterkeeper's investigation indicates that INEOS has been operating with an inadequately developed and implemented SWPPP in violation of General Permit requirements. As mentioned above, INEOS has completely omitted the information required for Plastics Facilities. In addition, INEOS has failed to evaluate the effectiveness of its BMPs and to revise its SWPPP as necessary, has failed to develop and implement an adequate site map, and has failed to describe and evaluate the industrial materials and potential pollutant sources at the Facility, all of which have resulted in the Facility's numerous continuing effluent limitation violations.

Each day INEOS failed to develop and implement an adequate SWPPP at its Facility is a violation of the General Permit. The SWPPP violations described above were at all times in violation of Section X of the General Permit. INEOS has been in violation of these requirements at its Facility every day since at least September 14, 2018.

**7. INEOS Has Failed to Submit Timely, True and Correct Reports.**

Section XVI of the Permit requires dischargers to submit an Annual Report by July 15th of each reporting year to the Regional Board. The Annual Report must be signed and certified

Notice of Violation and Intent to File Suit
September 14, 2023
Page 14

by a discharger's Legally Responsible Person, or Duly Authorized Representative. General Permit, Sections XVI.A, XXI.K. The Annual Report must include a compliance checklist, certifying compliance with the General Permit and an explanation of any non-compliance. General Permit, Section XVI.B.

The General Permit also requires dischargers who exceed NELs and NALs to comply with Water Quality Based Corrective Action, Section XX.B, and Exceedance Response Actions, Section XII, respectively.

LA Waterkeeper's investigations indicate that INEOS has submitted incomplete Annual Reports and purported to comply with the Permit despite significant noncompliance at its Facility. Furthermore, INEOS has failed to accurately report their noncompliance to the Regional Board, and has failed to submit all required reports pursuant to Sections XX.B and XII in response to their numerous exceedances of both NELs and NALs. Further, INEOS's December 2022 Level 2 ERA Technical Report was inadequate as evidenced by the continued exceedances of zinc, even after full implementation of the BMPs described therein. Each day INEOS failed to submit timely, true and correct reports is a separate violation of the Clean Water Act. INEOS has been in violation of these requirements at its Facility every day since at least September 14, 2018.

### III. Persons Responsible for the Violations.

LA Waterkeeper puts INEOS on notice that they are the persons and entities responsible for the violations described above. If additional persons are subsequently identified as also being responsible for the violations set forth above, LA Waterkeeper puts INEOS on formal notice that it intends to include those persons in this action.

### IV. Name and Address of Noticing Parties.

The name, address and telephone number of each of the noticing parties is as follows:

Bruce Reznik, Executive Director
Los Angeles Waterkeeper
360 E 2nd Street Suite 250
Los Angeles, CA 90012
(310) 394-6162

### V. Counsel.

LA Waterkeeper has retained legal counsel to represent it in this matter. Please direct all communications to:

Andrew L. Packard
William N. Carlon
Law Offices of Andrew L. Packard

Notice of Violation and Intent to File Suit
September 14, 2023
Page 15

245 Kentucky Street, Suite B3
Petaluma, CA 94952
(707) 782-4060
andrew@packardlawoffices.com
wncarlon@packardlawoffices.com

## VI.    Conclusion

LA Waterkeeper believes this Notice of Violations and Intent to File Suit sufficiently states grounds for filing suit.  We intend to file a citizen suit under Section 505(a) of the CWA against INEOS and their agents for the above-referenced violations upon the expiration of the 60-day notice period.  If you wish to pursue remedies in the absence of litigation, we suggest that you initiate those discussions within the next 20 days so that they may be completed before the end of the 60-day notice period.  We do not intend to delay the filing of a complaint in federal court if discussions are continuing when that period ends.

Sincerely,

William N. Carlon
Law Offices of Andrew L. Packard
Counsel for LOS ANGELES
WATERKEEPER

Notice of Violation and Intent to File Suit
September 14, 2023
Page 16

## **SERVICE LIST**

### **VIA CERTIFIED MAIL**

Michael Regan, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

Martha Guzman, Regional Administrator
U.S. Environmental Protection Agency, Region IX
75 Hawthorne Street
San Francisco, CA 94105

Merrick B. Garland, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Eileen Sobeck, Executive Director
State Water Resources Control Board
P.O. Box 100
Sacramento, CA 95812

Deborah Smith, Executive Officer
Los Angeles Regional Water Quality Control Board
320 W 4th Street, #200
Los Angeles, CA 90013

**ATTACHMENT A**
**Notice of Intent to File Suit, INEOS**
**Significant Rain Events,* September 14, 2018 – September 14, 2023**

| | | |
|---|---|---|
| October 12, 2018 | April 10, 2020 | January 14, 2023 |
| November 22, 2018 | May 8, 2020 | January 15, 2023 |
| November 29, 2018 | November 7, 2020 | January 16, 2023 |
| December 6, 2018 | December 28, 2020 | January 29, 2023 |
| January 5, 2019 | January 23, 2021 | January 30, 2023 |
| January 7, 2019 | January 25, 2021 | February 23, 2023 |
| January 12, 2019 | January 28, 2021 | February 24, 2023 |
| January 14, 2019 | January 29, 2021 | February 25, 2023 |
| January 15, 2019 | March 3, 2021 | February 27, 2023 |
| January 16, 2019 | March 10, 2021 | February 28, 2023 |
| January 17, 2019 | March 11, 2021 | March 10, 2023 |
| January 31, 2019 | March 15, 2021 | March 11, 2023 |
| February 2, 2019 | July 26, 2021 | March 14, 2023 |
| February 3, 2019 | October 25, 2021 | March 15, 2023 |
| February 4, 2019 | December 14, 2021 | March 21, 2023 |
| February 5, 2019 | December 16, 2021 | March 22, 2023 |
| February 9, 2019 | December 23, 2021 | March 29, 2023 |
| February 10, 2019 | December 24, 2021 | March 30, 2023 |
| February 14, 2019 | December 25, 2021 | May 4, 2023 |
| February 15, 2019 | December 26, 2021 | August 20, 2023 |
| March 2, 2019 | December 27, 2021 | August 21, 2023 |
| March 6, 2019 | December 29, 2021 | |
| May 16, 2019 | December 30, 2021 | |
| May 19, 2019 | March 28, 2022 | |
| November 20, 2019 | April 21, 2022 | |
| November 27, 2019 | September 9, 2022 | |
| November 28, 2019 | October 12, 2022 | |
| December 4, 2019 | November 2, 2022 | |
| December 22, 2019 | November 8, 2022 | |
| December 23, 2019 | November 9, 2022 | |
| December 25, 2019 | December 2, 2022 | |
| December 26, 2019 | December 4, 2022 | |
| January 16, 2020 | December 11, 2022 | |
| March 10, 2020 | December 12, 2022 | |
| March 12, 2020 | December 27, 2022 | |
| March 13, 2020 | December 31, 2022 | |
| March 16, 2020 | January 1, 2023 | |
| March 22, 2020 | January 4, 2023 | |
| April 6, 2020 | January 5, 2023 | |
| April 7, 2020 | January 9, 2023 | |
| April 9, 2020 | January 10, 2023 | |

\* Significant Rain Events are days where the 24-hour rainfall total was at least 0.1 inches according to publicly available rain and weather data collected at a station located near the Facility.