| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| ANDREW L. PACKARD (State Bar No. 168690)<br>WILLIAM N. CARLON (State Bar No. 305739)<br>Law Offices of Andrew L. Packard<br>245 Kentucky Street, Suite B3<br>Petaluma, CA 94952<br>Tel: (707) 782-4060<br>Email: wncarlon@packardlawoffices.com | |
| ATTORNEY(S) FOR: Plaintiff | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| LOS ANGELES WATERKEEPER | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:23-cv-09642-DMG-BFM |
| v. | |
| INEOS COMPOSITES US, LLC | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Los Angeles Waterkeeper_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| LOS ANGELES WATERKEEPER has no pecuniary interests to report. | |

November 21, 2023                               /s/William N. Carlon
Date                                            Signature

Attorney of record for (or name of party appearing in pro per):

Los Angeles Waterkeeper

CV-30 (05/13)                          NOTICE OF INTERESTED PARTIES