NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

Plaintiff(s)

v.

Defendant(s)

**STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE PURSUANT TO TITLE 28 U.S.C. § 636(c)**
(For use in Report and Recommendation Cases Only)

*THIS FORM SHALL BE USED ONLY IN CASES THAT HAVE BEEN ASSIGNED TO A DISTRICT JUDGE AND REFERRED TO A MAGISTRATE JUDGE FOR A REPORT AND RECOMMENDATION.*
*(NOTE: PARTIES IN HABEAS CASES SHOULD USE FORM CV-11B)*

**I. NOTICE REGARDING CONSENT TO A MAGISTRATE JUDGE PURSUANT TO LOCAL RULE 73-3**

1. In accordance with the provisions of 28 U.S.C. § 636(c), all parties may consent to a Magistrate Judge to conduct all further proceedings, including jury or non-jury trial (if applicable), and entry of final Judgment, by executing and filing a joint (or separate) statement(s) of consent, setting forth such election.

2. Approval by the assigned District Judge is not required for cases referred to a Magistrate Judge for a Report and Recommendation.

3. Parties are free to withhold consent to Magistrate Judge jurisdiction without adverse substantive consequences.

4. If all parties consent to the jurisdiction of a Magistrate Judge, any appeal would be made directly to the United States Court of Appeals.

**II. CONSENT TO A MAGISTRATE JUDGE**

I voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in this case, including a trial (if applicable), and order the entry of final Judgment.

| Name of Counsel OR Party if Pro Se | Signature and date | Counsel for (Name Parties) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE PURSUANT TO TITLE 28 U.S.C. § 636(c)**
(For Use in Report and Recommendation Cases Only)

CV-11 (05/16)