ANDREW L. PACKARD (State Bar No. 168690)
Email: andrew@packardlawoffices.com
Law Offices of Andrew L. Packard
245 Kentucky Street, Suite B3
Petaluma, CA 94952
Tel: (707) 782-4060

Barak J. Kamelgard (Bar No. 298822)
Email: Barak@lawaterkeeper.org
Benjamin A. Harris (Bar No. 313193)
Email: ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E 2nd Street Suite 250
Los Angeles, CA 90012
Tel.: (310) 394-6162

Attorneys for Plaintiff

LOS ANGELES WATERKEEPER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES WATERKEEPER, <br><br> Plaintiff, <br><br> vs. <br><br> INEOS COMPOSITES US, LLC, <br><br> Defendant. | Case No. 2:23-cv-09642-DMG−BFM <br><br> **STIPULATION RE SERVICE & PROOF OF SERVICE** |

1  **WHEREAS**, Plaintiff Los Angeles Waterkeeper ("Plaintiff") filed its complaint herein on **November 14, 2023** and thereafter electronically transmitted to Defendant's counsel a courtesy copy of same;

4  **WHEREAS**, the parties' counsel and experts met at the facility in question in late January, for a robust, settlement-protected exchange of ideas to improve storm water controls and reduce the concentrations of pollutants in the Facility's discharges as promptly as possible;

8  **WHEREAS**, these discussions are continuing, and the parties wish to focus their efforts on comprehensively resolving the matter in the form of a [Proposed] Consent Decree within the next thirty (30) days;

11  **THEREFORE, IT IS HEREBY STIPULATED** by and among the Parties that Plaintiff shall be deemed to have timely perfected service of the Complaint and Summons in in this action in accordance with Fed. R. Civ. P. 4 and the Court's Initial Standing Order, filed November 17, 2023 (Dkt. 7, at Paragraph 1.) on **February 12, 2024**, and that Defendant shall file an Answer to the Complaint on or before **March 4, 2024**;

16  **IT IS FURTHER STIPULATED** by and among the Parties that this filing shall serve as proof of service pursuant to Local Rule 53.1.

Dated: February 26, 2024                LAW OFFICES OF ANDREW L. PACKARD

By: /s/ Andrew L. Packard

Attorneys for Plaintiff
LOS ANGELS WATERKEEPER

Dated: February 26, 2024                MURCHISON & CUMMINGS LLP

By: /s/ Richard Dongell

Attorneys for Defendant
INEOS COMPOSITES US, LLC

Case 2:23-cv-09642-DMG-BFM   Document 11   Filed 02/26/24   Page 3 of 3   Page ID #:74