UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
CIVIL MINUTES—GENERAL

JS-6

| | |
|---|---|
| Case No. CV 23-9642-DMG (BFMx) | Date August 7, 2024 |
| Title *Los Angeles Waterkeeper v. INEOS Composites US, LLC* | Page 1 of 1 |

Present: The Honorable **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| KELLY DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE PLAINTIFF'S NOTICE OF SETTLEMENT [12]**

In light of Plaintiff's Notice of Settlement [Doc. # 12], indicating that the parties have reached a settlement and executed a proposed consent decree, this action is placed in inactive status. By **September 27, 2024**, the parties shall file either (1) a request for entry of the consent decree and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if any of the reviewing agencies object to the proposed consent decree.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**